IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

Amy Rajek,

          Defendant.

ORDER

Case No. 13-cr-115-wmc-1

The defendant in the above-entitled case has been:

__X__   convicted of the charge against her and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

_____   The State Department is not to reissue a passport without approval of U.S. Probation.

_____   convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

_____   acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____   Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 12th day of February, 2014

BY THE COURT:

*[signature]*

STEPHEN L. CROCKER
Magistrate Judge

cc:    USA, Defense Atty, USPO